UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Northwest Airlines,

Plaintiff,

v.

Aeroservice Inc.,

Defendant.

Civil 00-1933 DWF/SRN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: August 22, 2000.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

(2)

FILED AUG 22 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

Date: August 24, 2000 jr

R E C O R D O F D O C K E T T E X T

0:00-cv-01933 Northwest Airlines v. Aeroservice Inc

DOCKET ENTRY

ORDER OF RECUSAL (Magistrate Judge Susan R. Nelson) Case referred to Magistrate Judge Franklin L. Noel 1pg(s) (cc: all counsel)

Hon. Donovan W Frank, Judge

THIS NOTICE SENT TO ALL COUNSEL