UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Northwest Airlines, Inc.,

Plaintiff,

vs.

Aeroservice, Inc.,

Defendant.

Civil No. 00-1933 DWF/FLN

**ORDER**

---

Jeff Eyres and David Crosby for Plaintiff.
Timothy Schupp for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on January 22, 2001, on Plaintiff's Motion to Compel and Defendant's Motion for a Protective Order.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to File Amended Counterclaim [#15] is **GRANTED**;

2. Plaintiff's Motion to Compel [#19] is **GRANTED IN PART AND DENIED IN PART**, as follows:

    a. Insofar as the Motion seeks to compel responses to Plaintiff's Requests for Admission, it is **DENIED**;

    b. Insofar as the Motion seeks to compel responses to Plaintiff's Requests for Production, it is **GRANTED**.

DATED: JAN 25, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED JAN 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK