**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

NORTHWEST AIRLINES, INC.,

Plaintiff,

v.

AEROSERVICE INC.,

Defendant.

Case No. 00-1933DWF/FLN

**STIPULATION AND PROPOSED ORDER TO AMEND PRETRIAL SCHEDULING ORDER**

The Court's Pretrial Scheduling Order provides that Northwest's expert reports are due May 1, 2001, that Aeroservice's expert reports are due June 1, 2001, that discovery closes on July 1, 2001, and that each party is limited to 5 non-expert depositions.

Allan Jiron, former Vice President for Aeroservice and the individual primarily responsible for negotiating the contract at issue with Northwest, left the employ of Aeroservice before Northwest had the opportunity to depose him. Mr. Jiron is now under subpoena and scheduled to be deposed on May 1, 2001. Other witnesses (possibly other witnesses in other countries) may need to be deposed following Mr. Jiron's deposition. Northwest has requested but not yet been provided with the opportunity to have its representatives inspect the aircraft materials at issue in this dispute. The parties each anticipate calling up to two expert witnesses at trial.

Based on these circumstances, the parties agree that, for good cause shown and in the interests of justice, the Pretrial Schedule should be modified to extend the remaining deadlines by 30 days, to clarify that each party may call up to two expert witnesses at trial, and to allow each party to take up to ten depositions.

MAY 7 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2068801v1

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties that the Pretrial Scheduling Order can and should be amended as follows:

1. Discovery/Non-Dispositive Motions:

* * *

b. All discovery shall be commenced in time to be completed by August 1, 2001.

* * *

e. No more than 10 non-expert depositions shall be taken by any party.

f. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served by August 1, 2001.

* * *

2. Expert Disclosures and Discovery:

a. Disclosure of the identity of expert witnesses under 26(a)(2)(A) shall be made as follows:

1) By plaintiff(s) on or before June 1, 2001.

2) By defendant(s) on or before July 1, 2001.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff(s) on or before June 1, 2001.

2) By defendant(s) on or before July 1, 2001.

c. Each party may depose no more than 2 expert witnesses on or before August 1, 2001.

* * *

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to October 1, 2001.

All other parts, provisions, and deadlines in the Pretrial Schedule remain unchanged.

Dated: April 26, 2001

Jeffrey A. Eyres (No. 228527)

**LEONARD, STREET AND DEINARD PROFESSIONAL ASSOCIATION**
Suite 2300
150 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657

**ATTORNEYS FOR PLAINTIFF NORTHWEST AIRLINES, INC.**

Dated: April 26, 2001

Timothy R. Schupp

**GARTNER, BENNETT & SCHUPP, PC**
One Financial Plaza, Suite 2200
120 South Sixth Street
Minneapolis, MN 55402-1824)
Telephone: (612) 333-3839
Facsimile: (612) 333-3129

and

Maurice J. Baumgarten
**ANANIA, BANDKLAYDER, BLACKWELL, BAUMGARTEN & TORRICELLA, P.A.**
Bank of America Tower, Suite 4300
100 Southeast Second Street
Miami, FL 33131
Telephone: (305) 373-4900
Facsimile: (305) 373-6914

**ATTORNEYS FOR DEFENDANT AEROSERVICE INC.**

# ORDER

Based upon the stipulation of the parties,

IT IS HEREBY ORDERED That Pretrial Scheduling Order is amended as follows:

1. Discovery/Non-Dispositive Motions:

   * * *

   b. All discovery shall be commenced in time to be completed by August 1, 2001.

   * * *

   e. No more than 10 non-expert depositions shall be taken by any party.

   f. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served by August 1, 2001.

   * * *

2. Expert Disclosures and Discovery:

   a. Disclosure of the identity of expert witnesses under 26(a)(2)(A) shall be made as follows:

      1) By plaintiff(s) on or before June 1, 2001.

      2) By defendant(s) on or before July 1, 2001.

   b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

      1) By plaintiff(s) on or before June 1, 2001.

      2) By defendant(s) on or before July 1, 2001.

   c. Each party may depose no more than 2 expert witnesses on or before August 1, 2001.

   * * *

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to October 1, 2001.

All other parts, provisions, and deadlines in the Pretrial Schedule remain unchanged.

BY THE COURT:

Dated: ~~April~~ May 4, 2001.

Franklin L. Noel
Chief United States Magistrate Judge