UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Northwest Airlines, Inc.,

Plaintiff,

vs.

Aeroservice, Inc.,

Defendant.

Civil No. 00-1933 DWF/FLN

**ORDER**

---

Jeff Eyres, Esq., for Plaintiff.
Timothy Schupp, Esq., and Maurice Baumgarten, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on April 30, 2001, on Defendant/Counter-claimant's Motion For Leave to File a Second Amended Answer, Defense and Counterclaim [#42].

Defendant/Counter-claimant's motion is **TAKEN UNDER ADVISEMENT** pending disposition of Plaintiff's dispositive motion currently before the Honorable Donovan W. Frank.

DATED: MAY 17, 2001

Franklin L Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED MAY 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK