UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Northwest Airlines, Inc.,

Plaintiff,

vs.

Aeroservice, Inc.,

Defendant.

Civil No. 00-1933 DWF/FLN

**ORDER**

---

Jeff Eyres, Esq., for Plaintiff.
Timothy Schupp, Esq., and Maurice Baumgarten, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on April 30, 2001, on Defendant/Counter-claimant's Motion For Leave to File a Second Amended Answer, Defense and Counterclaim [#42].

Per this Court's May 17, 2001, Order Defendant/Counter-claimant's motion was taken under advisement pending disposition of Plaintiff's dispositive motion before the Honorable Donovan W. Frank. On June 14, 2001, the Honorable Donovan W. Frank granted Plaintiff's motion for partial summary judgment on Plaintiff's claim of breach of contract and Defendant's counterclaim for breach of contract and denied Plaintiff's motion for partial summary judgment on the issue of damages.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that: Defendant/Counter-claimant's Motion For Leave to File a Second Amended Answer, Defense and Counterclaim [#42] is **DENIED**.

FILED ... 7 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: 6/26, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge