**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Northwest Airlines Inc., Civil No. 00-1933 (DWF/FLN)

Plaintiff,

v. **ORDER**

Aeroservice Inc.,

Defendant.

---

Jeffrey A. Eyres, Esq., and David R. Crosby, Esq., Leonard Street and Deinard, 150 Fifth Street South, Suite 2300, Minneapolis, MN 55402, counsel for Plaintiff.

Timothy R. Schupp, Esq., Gartner, Bennett & Schupp, 2200 One Financial Plaza, 120 South Sixth Street, Minneapolis, MN 55402-1824 and Maurice Baumgarten, Esq., Anania Bandklayder Blackwell Baumgarten & Torricella, 100 Second Street Southeast, Suite 4300, Miami, FL 33131, counsel for Defendant.

---

This matter is before the Court upon Defendant Aeroservice Inc.'s appeal of United States Magistrate Judge Franklin L. Noel's order dated June 26, 2001, denying Defendant and Counter-Claimant Aeroservice Inc.'s motion for leave to file a second amended answer, affirmative defenses and counter-claim. The Court must modify or set aside any portion of the Magistrate Judge's order found to be clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). This is an "extremely deferential standard." *Reko v. Creative Promotions, Inc.*, 70 F. Supp. 2d 1005, 1007 (D. Minn. 1999).

Based upon the record before the Court, including the submissions of the parties, the Court finds that Magistrate Judge Noel's order of June 27, 2001, is neither clearly erroneous nor contrary to law.

Accordingly, **IT IS HEREBY ORDERED**:

FILED AUG - 9 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

1. Magistrate Judge Franklin L. Noel's order of June 26, 2001 (Doc. No. 56) is **AFFIRMED.**

2. Defendant Aeroservice Inc.'s appeal (Doc. No. 59) of Chief Magistrate Judge Franklin L. Noel's order of June 26, 2001, is **DISMISSED**.

Dated: August 9, 2001

DONOVAN W. FRANK
Judge of United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500