To All Counsel
Re: Judgment in Case 00-1933 Northwest Airlines v Aeroservice

I, inadvertently, indicated that judgment had been entered in this case when serving the Order of Judge Donovan W. Frank dated 12/14/1. The order stayed entry of judgment until 12/21/01, therefore, please disregard your previous notice of entry of judgment. Judgment is entered as of 12/21/1. I apologize for any inconvenience that this may have caused and ask that you contact me if there are any further questions &/or concerns.

Sincerely,

Deborah D. Bell
Docketing Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Northwest Airlines

v.

Aeroservice, Inc.

Case No. Civil 00-1933 DWF/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that Plaintiff Northwest Airlines, Inc. have and recover the sum of $2,100,808.00 together with its attorney fees, costs and disbursements. Entry of judgment is STAYED until December 21, 2001. It is further ordered that Plaintiff Northwest Airlines shall submit its application for attorney fees, prejudgment interest and costs pursuant to Local rule 54.3 and that both parties abide by the schedule established at the hearing for submission of papers regarding that application.**

DATE: December 21, 2001

RICHARD D. SLETTEN, CLERK

Deborah D. Bell

Deborah D. Bell, Deputy Clerk

(97)