# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Northwest Airlines, Inc. Case No. Civil 00-1933 DWF/AJB

v. **JUDGMENT IN A CIVIL CASE**

Aeroservice, Inc.

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendant's motion to stay enforcement of the judgment until entry of judgment on the counterclaim is denied.

Defendant's motion to amend the Court's entry of judgment dated December 14, 2001 is denied.

Defendant's motion for entry of judgment on the counterclaim is denied.

Defendant's motion for leave to amend responses to plaintiff's request for admissions is granted pursuant to the agreement of the parties and consistent with the Court's reasoning.

Plaintiff's application for attorneys' fees, costs and prejudgment interest is granted in part and denied in part as follows: Plaintiff shall recover from defendant the sum of $382,952.77 for attorneys' fees and costs; and Plaintiff shall recover from defendant the sum of $99,642.00 for prejudgment interest.

DATE: February 7, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

132