**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Northwest Airlines, Inc., Civil No. 00-1933 (DWF/AJB)

Plaintiff and Counter-Defendant,

v. **AMENDED ORDER**

Aeroservice, Inc.,

Defendant and Counter-Plaintiff.

---

Jeffrey A. Eyres, Esq., and David R. Crosby, Esq., Leonard, Street and Deinard, 150 Fifth Street South, Suite 2300, Minneapolis, MN 55402, counsel for Plaintiff.

Timothy R. Schupp, Esq., Flynn Gaskins & Bennett, 2900 Metropolitan Center, 333 South Seventh Street, Minneapolis, MN 55402, and Maurice Baumgarten, Esq., Anania Bandklayder Blackwell Baumgarten & Torricella, 100 Second Street Southeast, Suite 4300, Miami, FL 33131 counsel for Defendant.

---

On February 7, 2002, the Court entered an Order which, inter alia, awarded attorneys' fees, costs, and prejudgment interest to the Plaintiff. It has been brought to the Court's attention that the Court made a clerical error when preparing that Order, and the clerical error translated into a mathematical error, which in turn resulted in an erroneous Order. Essentially, the Court double-counted Plaintiff's request for prejudgment interest and, on one of those "counts," failed to reduce the amount requested in a manner consistent with the Court's Order.

The Court stands by its award of prejudgment interest in the amount of $99,642.00. However, the Court should have awarded only $155,167.20 in attorneys' fees and costs. This amount reflects the $143,289.02 originally requested by Plaintiff, less the $3,065.34 disallowed by the Court, plus $14,943.52 in fees and costs incurred after the original application.

As a result, the Court hereby amends its Order of February 6, 2002, as follows.

FEB 12 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 12 2002
DEPUTY CLERK

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Stay Enforcement of the Judgment Until Entry of Judgment on the Counterclaim (Doc. No. 105) is **DENIED**.

2. Defendant's Motion to Amend the Court's Entry of Judgment Dated December 14, 2001 (Doc. No 107) is **DENIED**.

3. Defendant's Motion for Entry of Judgment on the Counterclaim is **DENIED**.

4. Defendant's Motion for Leave to Amend Responses to Plaintiff's Request for Admissions is **GRANTED** pursuant to the agreement of the parties and consistent with the Court's reasoning above.

5. Plaintiff's Application for Attorneys' Fees, Costs and Prejudgment Interest is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. Plaintiff shall recover from Defendant the sum of $155,167.20 for attorneys' fees and costs; and

   b. Plaintiff shall recover from Defendant the sum of $99,642.00 for prejudgment interest.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 12, 2002

DONOVAN W. FRANK
Judge of United States District Court