# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Northwest Airlines,

v.

Aeroservice, Inc.,

Case No. Civil 00-1933 DWF/AJB

A M E N D E D

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiff's application for attorneys' fees, costs and prejudgment interest is granted in part and denied in part as follows:

a. Plaintiff shall recover from defendant the sum of $155,167.20 for attorneys' fees and costs; and

b. Plaintiff shall recover from defendant the sum of $99,642.00 for prejudgment interest.

DATE: February 12, 2002

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

135