UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NORTHWEST AIRLINES, INC.,

Plaintiff/Counter-Defendant,

vs.

AEROSERVICE, INC.,

Defendant/Counter-Plaintiff.
_______________________________________/

Case No.: 00-1933 DWF/AJB

**ORDER**

This matter came before the Court of February 19, 2002, on Defendant Aeroservice, Inc.'s motion for a protective order, Plaintiff Northwest Airlines, Inc.'s motion to compel, and Defendant Aeroservice, Inc.'s motion to strike Northwest's Response to Aeroservice's motion for a protective order.

Based upon all the files records and proceedings herein IT IS HEREBY ORDERED:

1. Plaintiff Northwest Airline's motion to compel responses to post-judgment discovery is **granted in part and denied in part** [Docket No. 125].

2. Defendant Aeroservice, Inc.'s motion for protective order is **granted in part and denied in part** [Docket No. 127].

3. Aeroservice, Inc. shall provide verified answers to the following interrogatories within fourteen (14) days of the date of this Order: No. 1; No. 2; No. 3; No. 4; No. 5 (limited to assets with an original purchase price in excess of $1000 owned after 1-01-2000); No. 6; No. 7; No. 8 (limited to assets with an original value in excess of $1000 owned after 1-01-2000); No. 9; No. 10 (limited to life insurance policies

MAR 07 2002
FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

purchased after 1-01-2000); No. 11; No. 12 (limited to payments or asset transfers in excess of $1000 that occurred after 1-01-2000).

4. Northwest Airlines' motion to compel Aeroservice, Inc. to answer interrogatory No. 13 is denied.

5. Aeroservice shall provide a response and make documents available for inspection and copying in response to the following requests for production within fourteen (14) days of the date of this Order: No. 1 (for the time period 1-01-2000 to the present); No. 2 (loan documents for any loan or mortgage incurred by Aeroservice, Inc. from 1-01-2000 to the present); No. 3 (documents sufficient to identify inventory presently held by Aeroservice, Inc.); No. 4 (documents sufficient to reflect all accounts receivable); No. 5 (documents evidencing ownership or right to possession of all assets with an original value in excess of $1000); No. 6 (documents sufficient to reflect such for the time period 1-01-2000 to the present); No. 7 (documents sufficient to reflect such for the time period 1-01-2000 to the present and excluding documents regarding regular salary paid); No. 11 (the cash receipts journal for the period 1-01-2000 to the present).

6. Northwest Airlines' motion to compel Aeroservice to respond to request No. 8, No. 9, request No. 10 and request No. 12 is denied. The denial is without prejudice as to request No. 8, request No. 9 and request No. 10.

7. Aeroservice, Inc.'s financial information is designated as confidential and the parties shall provide the Court with a Stipulated Protective Order regarding the

confidentiality of said documents.

8. All other motions are denied as moot.

Dated: 3/7, 2002.

Honorable Arthur J. Boylan
United States Magistrate Judge

15612/order