**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Northwest Airlines, Inc.,

Plaintiff and Counter-Defendant,

v.

Aeroservice, Inc.,

Defendant and Counter-Plaintiff.

Civil No. 00-1933 (DWF/AJB)

**MEMORANDUM OPINION AND ORDER**

---

Jeffrey A. Eyres, Esq., and David R. Crosby, Esq., Leonard, Street and Deinard, 150 Fifth Street South, Suite 2300, Minneapolis, MN 55402, counsel for Plaintiff.

Timothy R. Schupp, Esq., Flynn Gaskins & Bennett, 2900 Metropolitan Center, 333 South Seventh Street, Minneapolis, MN 55402, and Maurice Baumgarten, Esq., Anania Bandklayder Blackwell Baumgarten & Torricella, 100 Second Street Southeast, Suite 4300, Miami, FL 33131, counsel for Defendant.

---

This matter is before the undersigned United States District Court Judge pursuant to Plaintiff's motion for an order allowing registration of the judgment in the United States District Court for the Southern District of Florida and Plaintiff's motion for an order requiring Defendant to file a bond or provide other security in an amount necessary to ensure payment of costs on appeal.

With respect to Plaintiff's motion for an order allowing registration of the judgment in the United States District Court for the Southern District of Florida, the Court grants that motion. Pursuant to 28 U.S.C. § 1963, this Court may order that its judgment be registered in another district court, even while an appeal is pending, providing that the prevailing party shows "good

FILED APR 0 2 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______

cause" why such registration should be allowed. Here, the Plaintiff has offered evidence that Defendant has no assets in this district and has not posted a supersedeas bond to secure payment of the judgment. Moreover, the Plaintiff has offered evidence that Defendant's principal asset consists of accounts receivable and that Defendant's principal place of business is located in the Southern District of Florida. Accordingly, the Court finds that good cause exists to register the judgment in the Southern District of Florida. *See Chicago Downs Ass'n, Inc. v. Chase*, 944 F.2d 366, 371-72 (7th Cir. 1991); *Jack Frost Laboratories, Inc. v. Physicians & Nurses Mfg. Corp.*, 951 F. Supp. 51, 52 (S.D.N.Y. 1997).

With respect to Plaintiff's motion for an order requiring Defendant to file a bond or provide other security in an amount necessary to ensure payment of costs on appeal, the Court finds that such a bond is appropriate pursuant to Rule 7 of the Federal Rules of Appellate Procedure. However, the Court agrees with the Defendant that the $4,000 bond requested by the Plaintiff is excessive. The Court finds that a bond in the amount of $1,000 should prove adequate.

For the reasons stated, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Register Judgment in the United States District Court for the Southern District of Florida (Doc. No. 133) is **GRANTED**;

2. The Court's December 21, 2001, judgment in the amount of $2,100,808 and the Court's February 7, 2002, judgment in the amount of $254,809.20 shall be registered in the United States District Court for the Southern District of Florida;

3. Plaintiff's Motion for and Order Requiring Defendant to Post a Cost Bond (Doc. No. 148) is **GRANTED**; and

4. Defendant is ordered to post a cost bond in the amount of $1,000.

Dated: April 2, 2002

DONOVAN W. FRANK
Judge of United States District Court