**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Northwest Airlines, Inc., Civil No. 00-1933 (DWF/AJB)

Plaintiff and Counter-Defendant,

v. **ORDER**

Aeroservice, Inc.,

Defendant and Counter-Plaintiff.

---

Jeffrey A. Eyres, Esq., and David R. Crosby, Esq., Leonard, Street and Deinard, 150 Fifth Street South, Suite 2300, Minneapolis, MN 55402, counsel for Plaintiff.

Timothy R. Schupp, Esq., Flynn Gaskins & Bennett, 2900 Metropolitan Center, 333 South Seventh Street, Minneapolis, MN 55402, and Maurice Baumgarten, Esq., Anania Bandklayder Blackwell Baumgarten & Torricella, 100 Second Street Southeast, Suite 4300, Miami, FL 33131 counsel for Defendant.

---

The above-entitled matter is before the undersigned United States District Judge pursuant to Plaintiff's Motion to Dismiss the Counterclaim. Given the procedural status of the case–specifically, the pending appeal before the Eighth Circuit Court of Appeals–the Court considers dismissal of the counterclaim to be inappropriate at this time.

For the reasons stated, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Dismiss the Counterclaim (Doc. No. 152) is **DENIED**.

Dated: April 19, 2002

DONOVAN W. FRANK
Judge of United States District Court

FILED APR 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK