**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Northwest Airlines, Inc., Civil No. 00-1933 DWF/AJB

Plaintiff,

v. **ORDER**

Aeroservice, Inc.,

Defendant.

This matter came before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff's motion to compel post-judgment discovery [Docket No. 154] and defendant's motion to stay post-judgment discovery [Docket No. 161]. Hearing was held by telephone conference on May 13, 2002, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Jeffrey A. Eyres, Esq., appeared on behalf of the plaintiff. Heidi A. Schneider, Esq., and Maurice J. Baumgarten, Esq., appeared on behalf of the defendant.

Based upon the file and documents contained therein, along with arguments of counsel, **IT IS HEREBY ORDERED**:

1. Defendant's motion for stay of post-judgment discovery is **denied** [Docket No. 161]. Defendants requested a stay of post-judgment discovery pending decision by the Eighth Circuit with respect to whether an appealable final judgment has been entered. The basis for the motion for stay of discovery has been rendered moot as a result of the Eighth Circuit's finding dated May 21, 2002, that the court has jurisdiction over the appeal at issue;

2. Plaintiff's motion to compel post-judgment discovery is **granted in part and moot in part** [Docket No. 154] as further provided herein;

MAY 2 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Defendant shall produce its CFO, Michael Hornstein, and its president, Vito LaForgia, for depositions to take place in Minneapolis, Minnesota. Such depositions shall be scheduled to take place on or before June 28, 2002, and the above-named persons shall be produced accordingly.

4. Defendant shall supplement its previous response to Interrogatory No. 12 to provide explanations for the purpose of payments or asset transfers in excess of $1000 during the past 5 years to those persons or entities referenced in the interrogatory.

5. Defendant shall produce additional loan documents in response to Document Production Request No. 2. Defendant shall produce the 1999 Credit Agreement and Security Agreement which are referenced in term loan agreements which have been produced. Defendant shall further produce attachments to correspondence which has been produced relating to default on certain credit and security agreements.

6. Plaintiff's motion for addresses of parties on a receivables list, pursuant to Interrogatory No. 7, and a cash receipt journal, pursuant to Document Request No. 11, are denied as moot. The parties agree that business addresses and cash receipts journal entries through February 2002, have been provided.

7. Defendant shall produce documents evidencing its ownership of assets currently owned or possessed by Aeroservice, Inc., pursuant to Document Request No. 5.

8. Defendant shall produce correspondence and other documents relating to communications with and analysis prepared by Jordi Guso or Berger & Singerman from 1998 to the present, pursuant to Document Request No. 9, and shall produce correspondence and other documents relating to communications with or analysis prepared by Richard Hollowell or

Rachlin Cohen & Holtz, pursuant to Document Request No. 10. The Court finds that defendants have waived attorney–client or work product privilege through previous voluntary disclosure of materials relating to the same subject matter. Under the circumstances presented in this instance the Court finds that Fed. Evidence Rule 408, relating to admissibility of evidence presented in the court of compromise negotiations, does not preclude the discovery, and plaintiff references no privilege based upon an accountant–client relationship under Minnesota law which applies in this matter. Opus Corp. v. International Business Machines Corp., 956 F.Supp. 1503, 1505 n.2 (D. Minn. 1996).

9. Plaintiff's request for sanctions is **granted**. The Court finds that defendants have improperly resisted discovery for purposes of delay and plaintiff is therefore awarded sanctions in the amount of $500.00.

Dated: 5/29/02

Arthur J. Boylan
United States Magistrate Judge

## *Featured Speakers Include:*

**District of Minnesota**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**United States Bankruptcy Court**
**District of Minnesota**

**Judge Robert J. Kressel**

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

**The Minnesota Chapter of the Federal Bar Association**
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)*****; Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00

☐ Non-Member $225.00

Name

Firm.Employer

Address

Phone

E-Mail

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA (612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building