# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-1642/1741

| | | |
|---|---|---|
| Northwest Airlines, Inc., | * | CV00-1933 DWF/AJB |
| Appellee, | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| Aeroservice, Inc., | * | |
| Appellant. | * | |

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

Mandate shall issue forthwith.

(5361-010199)

October 29, 2003

Order entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FILED NOV 3 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK