UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NORTHWEST AIRLINES, INC.,

Plaintiff,

v.

AEROSERVICE INC.,

Defendant.

Case No. 00-CV-1933 DWF/AJB

**STIPULATION AND ORDER FOR DISMISSAL**

Plaintiff Northwest Airlines, Inc. ("NWA") and Defendant Aeroservice, Inc. ("Aeroservice") through their undersigned attorneys, hereby stipulate and agree that all claims in the above-captioned action are hereby dismissed with prejudice and without an award of costs to either party.

Although this case has been closed by the Clerk of Court, following a stay implemented when Aeroservice filed bankruptcy, a counterclaim by Aeroservice against NWA is still pending. NWA and Aeroservice have now resolved all pending matters by compromise and settlement, including any remaining claims in this action. Accordingly, both parties request this matter be dismissed with prejudice.

NOV 14 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 14 2003
DEPUTY CLERK

**CONSENTED TO BY COUNSEL:**

Jeffrey A. Eyres (No. 228527)
LEONARD, STREET AND DEINARD
150 So. Fifth St., Ste. 2300
Minneapolis, MN 55402

***Attorneys for Plaintiff Northwest Airlines, Inc.***

Dated: Oct 11, 2003

Timothy R. Schupp (No. 130837)
Heidi A. Schneider (No. 205837)
FLYNN, GASKINS & BENNETT, L.L.P.
Suite 2900
333 South Seventh Street
Minneapolis, MN 55402
(612) 333-9550

and

Maurice J. Baumgarten
Anania, Bandklayder, Blackwell, Baumgarten & Torricella
Bank of America Tower – Suite 4300
100 S.E. Second Street
Miami, FL 33131
(305) 373-4900

***Attorneys for Defendant Aeroservice, Inc.***

Dated:

**ORDER**

NOW, THEREFORE, pursuant to the foregoing Stipulation of Dismissal with prejudice as executed by the attorneys for the respective parties,

**IT IS HEREBY ORDERED** that Judgment of Dismissal with prejudice and without costs may be entered as a matter of record, and the Clerk of Court is hereby directed to enter judgment accordingly.

BY THE COURT:

Dated: 11/14, 2003

Judge Donovan W. Frank

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.